United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 13-20484-mdc
Daniel C. Pietrzak                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Mar 15, 2019
                              Form ID: 138NEW         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
db             +Daniel C. Pietrzak,    223 Broadway Avenue,    Horsham, PA 19044-3237
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company, LLC,    Drawer 55-953,    PO Box 55000,
                  Detroit, MI  48255-0953)
13221620       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
13201863       +Aes/Pheaa,    1200 N 7th St,    Harrisburg, PA 17102-1419
13201864       +Atlantic Diagnostic Laboratories,    3520 Progress Drive, Suite C,    Bensalem, PA 19020-5810
13302156        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13201866       #+Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
13201868       +Frontier Financial Group,    631 N. Stephanie Street #419,    Henderson, NV 89014-2633
13201869       +Independence Blue Cross,    PO Box 8240,    Philadelphia, PA 19101-8240
13201871       +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13201872        National Credit Adjustors,    PO Box 3023- 327 W. 4th St.,    Hutchinson, KS 67504-3023
13201873       +Ocean City Municpal Court,    821 Central Avenue,    Ocean City, NJ 08226-3613
13201876       +PHEAA,    1200 North 7th Street,    Harrisburg, PA 17102-1444
13233760       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13225952       +PNC BANK, NATIONAL ASSOCIATION,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                  Miamisburg, OH 45342-5421
13201877       +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
13201875       +PennCredit,    P.O. Box 1259,    Department 91047,    Oaks, PA 19456-1259
13201878       +Rehab After Work,    1440 Russell Road,    Paoli, PA 19301-1236
13277868        William D. Schroeder, Jr.,    262A Bethlehem Pike, Suite 102,    Colmar, PA 18915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:30:48     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2019 03:29:21
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2019 03:30:32     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13201865        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 16 2019 03:27:11     Capital One,
                  Bankruptcy Claims,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13223150        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 16 2019 03:30:19     Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
13201879       +E-mail/PDF: pa_dc_claims@navient.com Mar 16 2019 03:26:41     Sallie Mae,    11100 Usa Pkwy,
                  Fishers, IN 46037-9203
13201880       +E-mail/Text: bnc@alltran.com Mar 16 2019 03:28:39     United Recovery Systems, Inc.,
                  5800 North Course Drive,    Houston, TX 77072-1613
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13201870        Jared
13201874        PA Turnpike Commission
cr*             ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13201867*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Credit,    National Bankruptcy Service Center,    PO Box 537901,
                  Livonia, MI 48153-7901)
13206482*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
                  Detroit  MI  48255-0953)
                                                                                              TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2                  User: John                     Page 2 of 2                    Date Rcvd: Mar 15, 2019
                                      Form ID: 138NEW                Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    PNC Bank, N. A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM D. SCHROEDER, JR    on behalf of Debtor Daniel C. Pietrzak schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Daniel C. Pietrzak

    Debtor(s)

Bankruptcy No: 13−20484−mdc

Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 3/15/19

51 − 50
Form 138_new